■ In the Matter of the Claim of GLORIA HALL, Respondent. LORD AND TAYLOR, Appellant; MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Motion for an order appointing an attorney at law to represent the claimant-respondent. Motion granted and Donald L. Slater, Esq., 12 Central Ave., Cortland, New York, is hereby assigned as counsel for claimant-respondent.

■ In the Matter of the Claim of OLGA SINDONE, Appellant, v. LA SALA BROS., INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. — Motion to dismiss appeal denied. Motion by claimant-appellant to prosecute appeal as a poor person granted, upon condition that the appeal be perfected, note of issue filed and record and brief served and filed on or before February 15, 1961 and the case be ready for argument at the March 1961 Term of this court. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief.

■ In the Matter of ALFRED GENCARELLI, Petitioner, v. COMMISSIONER OF THE DEPARTMENT OF CORRECTION OF THE STATE OF NEW YORK, Respondent.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion for assignment of counsel denied.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ADELARD B. JEAN, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion for assignment of counsel denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, v. GEORGE J. ODY, SR., Defendant.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion for an extension of time within which to perfect appeal granted and time is extended for 90 days. Motion, in all other respects, denied.

■ In the Matter of INTERNATIONAL PRINTING PRESSMEN & ASSISTANTS UNION OF NORTH AMERICA, Petitioner, v. H. MURON LEWIS et al., Constituting the Board of Standards and Appeals of the State of New York, Respondents.— Motion by Allied Printing Trades Council of Greater New York for permission to file a brief amicus curiæ, granted.

■ In the Matter of JOHN A. SHAW, Petitioner, v. BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.— Motion for a stay granted, without costs, upon condition that the petitioner perfect his appeal, file note of issue and file and serve his record and brief on or before December 20, 1960 and be ready for argument at the January 1961 Term of this court.

■ JAMES G. HILDERBRAND, Respondent, v. MARGARET HILDERBRAND, Appellant.— Motion for leave to prosecute appeal as a poor person granted upon condition that appellant perfects appeal, files note of issue and files and serves his record and brief on or before November, 1960 and is ready for argument at the current term of this court during the week commencing November 28. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief.